HAROLD J. ROSENTHAL, ESQ. State Bar No. 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 98-1800

Attorney for Defendant
JOSE HUERTA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR06-0669 SI |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties that good cause exists to continue the

sentencing scheduled for Jose Huerta, defendant, presently set for May 18, 2007

until August 3, 2007. The reason for the continuance is that the presentence report has not been

completed.

It is so stipulated.


Dated: May 17, 2007


_____/S/_____
DAVID HALL

Attorney for the United States

//

//

//

1

1   It is so stipulated.

2

3                                                    /S/
                                        BY: HAROLD J. ROSENTHAL
4

5                                        Attorney for Defendant, JOSE HUERTA

6

7   It is so ORDERED.

    Dated:
8

9                                        THE HONORABLE SUSAN ILLSTON

10                                       Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2