1  HAROLD J. ROSENTHAL, ESQ. State Bar No. 68380
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 98-1800

4  Attorneys for Defendant
   JOSE HUERTA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR06-0669 SI |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND [PROPOSED] ORDER** |
| JOSE HUERTA, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the parties that good cause exists to continue the sentencing hearing with respect to the defendant in this matter presently set for August 3, 2007 until November 5, 2007.

It is so stipulated.

Dated: August 2, 2007

_____/S/_____
C. DAVID HALL

Attorney for Plaintiff
THE UNITED STATES OF AMERICA

//
//

1  Dated: August 2, 2007

                                  /S/
                        HAROLD ROSENTHAL

                        Attorney for Defendant
                        JOSE HUERTA

   **Parties shall appear for a status conference at 11:00 AM.

   It is so ORDERED.

7  Dated: August 2, 2007

                        THE HON. SUSAN ILLSTON

                        Judge, United States District Court, Northern
                        District of California

